**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**
August 9, 2011

Lyle W. Cayce
Clerk

No. 10-10712
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

RUBEN GOMEZ-LUEVANO, also known as Ruben Gomez,

Defendant - Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:08-CR-360-1

Before KING, GARZA, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Ruben Gomez-Luevano on appeal has filed a renewed motion for leave to withdraw and an amended brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Gomez-Luevano filed a response to counsel's initial motion and a supplemental pleading withdrawing his ineffective assistance of counsel claim.

---

[*] Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

No. 10-10712

We have reviewed counsel's amended brief and the relevant portions of the record reflected therein, as well as Gomez-Luevano's response and supplemental filing. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5th Cir. R. 42.2.